LYNN HUBBARD III, SBN 69773
LAW OFFICES OF LYNN HUBBARD
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244
Email:  USDCEast@HubsLaw.com

Attorney for Plaintiff

EUGENE J. HAN, SBN 215833
O'REILLY AUTOMOTIVE STORES, INC.
233 South Patterson
Springfield, MO  65802
Telephone:  (417) 829-5863
Facsimile:  (417) 874-7102
Email:  ehan@oreillyauto.com

Attorney for Defendant O'Reilly Automotive Stores, Inc.

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>O'REILLY AUTOMOTIVE STORES, INC., dba O'REILLY AUTO PARTS #2807; RANCHO FOOTHILL FARMS, LP,<br><br>    Defendants.<br>_____/ | Case No.  2:13-cv-00397-MCE-AC<br><br>**JOINT STIPULATION FOR DISMISSAL and ORDER THEREON** |

TO THE COURT AND TO ALL PARTIES:

Plaintiff, ROBERT DODSON, and defendant, O'REILLY AUTOMOTIVE STORES, INC., dba O'REILLY AUTO PARTS #2807, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated:  July 24, 2013        LAW OFFICES OF LYNN HUBBARD

　　　　　　　　　　　　　　　　　 /s/   Lynn Hubbard          /
　　　　　　　　　　　　　　　 LYNN HUBBARD III
　　　　　　　　　　　　　　　 Attorney for Plaintiff

Dated:  July 24, 2013        O'REILLY AUTOMOTIVE STORES, INC.

　　　　　　　　　　　　　　　　　 /s/   Eugene J. Han          /
　　　　　　　　　　　　　　　 EUGENE J. HAN
　　　　　　　　　　　　　　　 Attorney for Defendant O'REILLY
　　　　　　　　　　　　　　　 AUTOMOTIVE STORES, INC., dba
　　　　　　　　　　　　　　　 O'REILLY AUTO PARTS #2807

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, Case No. 2:13-cv-00397-MCE-AC, is dismissed with prejudice in its entirety.  The Clerk of the Court is directed to close this case.

Dated:  August 5, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT