LYNN HUBBARD III, SBN 69773
LAW OFFICES OF LYNN HUBBARD
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCEast@HubsLaw.com

Attorney for Plaintiff

EUGENE J. HAN, SBN 215833
O'REILLY AUTOMOTIVE STORES, INC.
233 South Patterson
Springfield, MO 65802
Telephone: (417) 829-5863
Facsimile: (417) 874-7102
Email: ehan@oreillyauto.com

Attorney for Defendant O'Reilly Automotive Stores, Inc.

# THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON, | Case No. 2:13-cv-00397-MCE-AC |
| Plaintiff, | |
| vs. | **JOINT STIPULATION FOR DISMISSAL and ORDER THEREON** |
| O'REILLY AUTOMOTIVE STORES, INC., dba O'REILLY AUTO PARTS #2807; RANCHO FOOTHILL FARMS, LP, | |
| Defendants. | |

TO THE COURT AND TO ALL PARTIES:

Plaintiff, ROBERT DODSON, and defendant, O'REILLY AUTOMOTIVE STORES, INC., dba O'REILLY AUTO PARTS #2807, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: July 24, 2013         LAW OFFICES OF LYNN HUBBARD

                                    /s/ Lynn Hubbard
                                    LYNN HUBBARD III
                                    Attorney for Plaintiff

Dated: July 24, 2013         O'REILLY AUTOMOTIVE STORES, INC.

                                    /s/ Eugene J. Han
                                    EUGENE J. HAN
                                    Attorney for Defendant O'REILLY
                                    AUTOMOTIVE STORES, INC., dba
                                    O'REILLY AUTO PARTS #2807

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, Case No. 2:13-cv-00397-MCE-AC, is dismissed with prejudice in its entirety.  The Clerk of the Court is directed to close this case.

Dated: August 5, 2013

                              MORRISON C. ENGLAND, JR., CHIEF JUDGE
                              UNITED STATES DISTRICT COURT